No. 10–1039. NALLS v. PLATTSMIER ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1055. COLETTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6805. VOSBURGH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7243. BUNTON v. ATHERTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7690. ALEXANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7693. WILLIAMS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7712. LaFARGA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7728. TAYLOR v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 10–7975. COWAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–8118. GRAY v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 10–8440. CARLIN v. LEAHY-CARLIN. Ct. Sp. App. Md. Certiorari denied.

No. 10–8457. ERWIN v. WYOMING DEPARTMENT OF FAMILY SERVICES ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 10–8459. GARCIA v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–8461. GIBBS v. BOSTIC ET AL. Sup. Ct. S. C. Certiorari denied.

No. 10–8478. FUALAAU v. WASHINGTON. Ct. App. Wash. Certiorari denied.